PROB 12B
(7/93)

Report Date: June 26, 2006

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 8 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Eugene Kinohi Dickens

Case Number: 2:00CR00155-001 – WFN

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 05/11/2001

Type of Supervision:   Supervised Release

Original Offense: Travel with Intent to Engage in a Sexual Act with a Juvenile, 18 U.S.C. § 2423(b)

Date Supervision Commenced: 01/23/07

Original Sentence:  Prison - 90 Months; TSR - 36 Months

Date Supervision Expires: 01/22/10

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

31      The defendant shall reside at a Bureau of Prisons' halfway house placement, in the community corrections component, allowing for work release at the direction of the U.S. Probation Office for a period not to exceed 180 days. The defendant shall comply with the policies and procedures of the halfway house.

### CAUSE

The defendant is requesting to release to the District of Kansas. However, to facilitate a transition from custody to the community, the District of Kansas, with the defendant's agreement, has requested the above modification of conditions. Additionally, the undersigned officer is initiating transfer of jurisdiction of this case, so that future matters may be addressed in the district in which Mr. Dickens resides. Attached for Your Honor's review and signature is the petition for modification of conditions and two Probation Forms 22, transfer of jurisdiction.

Respectfully submitted,

by

Richard B. Law
U.S. Probation Officer
Date: June 26, 2006

Prob 12B
**Re:  Dickens, Eugene Kinohi**
**June 26, 2006**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

_June 27, 2006_____
Date